OPINION — AG — ** DISMISSED — TEACHER — PREGNANT ** THE BOARD OF EDUCATION OF SAID INDEPENDENT SCHOOL DISTRICT, `MAY' IN THE MANNER PRESCRIBED IN 70 O.S. 6-2 [70-6-2], LEGALLY DISMISS SAID SEPARATE SCHOOL TEACHER BECAUSE OF HER PREGNANT. (RESIGNATION, TERMINATION, RESIGN, PHYSICAL CONDITION, INCOMPETENCY, MORAL TURPITUDE, PREGNANCY) ** NOTE: ONE BETTER CHECK WITH FEDERAL CASE LAW, I.E., CIVIL RIGHT CASE LAW ** CITE: 70 O.S. 6-2 [70-6-2] (J. H. JOHNSON)